## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: June 26, 2026

| | | |
|---|---|---|
| ANIL LNU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00989-JD |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

The Court notes that Petitioner in this case has been granted voluntary departure.[1] The parties are directed to confer through counsel and ORDERED to file a joint status report, **by Tuesday, June 30, 2026, at 4:00 p.m. Central Time**, disclosing (1) whether the Department of Homeland Security has waived its right to appeal the order of voluntary departure; and (2) the parties' respective positions on whether this action is now moot. The report shall not exceed **five pages**.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:   */s/ Carol Ditta*
          Deputy Clerk

---

[1] The Court previously indicated it was abating adjudication of this case pending a decision in *Quiroz v. Mullin*, No. 26-6019 (10th Cir.). However, the Court also noted that the parties shall promptly advise the Court if there is a status update that might affect disposition. In accordance with that instruction, the Court orders the parties to update the Court.