# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ANIL LNU,[1]                              )
                                          )
                    Petitioner,           )
                                          )
v.                                        )        Case No. CIV-26-00989-JD
                                          )
MARKWAYNE MULLIN, et al.,                 )
                                          )
                    Respondents.          )

## ORDER

Before the Court is Petitioner Anil's ("Petitioner") Petition for Writ of Habeas

Corpus. [Doc. No. 1]. Previously, the Court had abated adjudication of this matter in

anticipation of the Tenth Circuit's ruling in *Quiroz v. Mullin*, No. 26-6019 (10th Cir.

2026). [Doc. No. 7].

In the interim, the Court noted that per the Executive Office of Immigration

Review's Automated Case Information System, an immigration judge granted Petitioner

an order of voluntary departure. *See* Executive Office of Immigration Review, *Automated*

*Case Information System*, https://acis.eoir.justice.gov/en/ (last accessed June 30, 2026);

*Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The

contents of an administrative agency's publicly available files . . . traditionally qualify for

judicial notice . . . ."). The Court ordered the parties to file a joint status report on whether

this action is moot. [Doc. No. 11]. The parties filed a Joint Status Report confirming that

---

[1] "LNU" in this context indicates "Last Name Unknown." The Petition itself states
Petitioner "has no legal surname." [Doc. No. 1 ¶ 1].

both parties waived the right to appeal the voluntary departure order [Doc. No. 12-1 at 1–4], and both parties agree this action is now moot [Doc. No. 12 at 1].

For these reasons, the Court DISMISSES as moot and without prejudice the Petition for Writ of Habeas Corpus. [Doc. No. 1]. A separate judgment will follow.

IT IS SO ORDERED this 30th day of June 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE